IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SAIFULLAH PARACHA, *Petitioner*, v. JOSEPH R. BIDEN, JR., *et al.*, *Respondents.* | Case No. 1:04-cv-2022-PLF |
| SAIFULLAH PARACHA, *Petitioner*, v. JOSEPH R. BIDEN, JR., *et al.*, *Respondents.* | Case No. 1:21-cv-2567-PLF |

**NOTICE OF CLASSIFIED FILING**

Respondents hereby provide notice that today, in support of their response to Petitioner's Supplement to the Petition for Writ of Habeas Corpus Based on Newly Available Grounds for Relief, Respondents filed with the Classified Information Security Officer classified declarations from Dagvin Anderson, a Major General in the United States Air Force serving as the Vice Director of Operations for the Joint Chiefs of Staff at the Pentagon and from a senior defense intelligence analyst for counterterrorism for the Defense Intelligence Agency within the Department of Defense, along with an accompanying classified notice.  Unclassified versions of

- 1 -

those declaration and the accompanying notice were submitted as Exhibits 1–3 to Respondents' unclassified response to Petitioner's Supplement to the Petition for Writ of Habeas Corpus Based on Newly Available Grounds for Relief.

Dated: January 14, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

TERRY M. HENRY
Assistant Branch Director

DANIEL M. BARISH
Senior Trial Counsel

*/s/ Julia A. Heiman*
INDRANEEL SUR
JULIA A. HEIMAN (D.C. Bar No. 986228)
JASON C. LYNCH (D.C. Bar No. 1016319)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel: (202) 616-8480
Email: julia.heiman@usdoj.gov