IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

**********************************
SAIFULLAH PARACHA,
              Petitioner,

           v.                          Case No. 21-cv-02567


Hon. JOSEPH R. BIDEN Jr., ET AL.,
              Respondents.
**********************************
SAIFULLAH PARACHA,
              Petitioner,

           v.                          Case No. 04-cv-02022


Hon. JOSEPH R. BIDEN Jr., ET AL.,
              Respondents.
**********************************

## EVENT NOTICE: PETITION FILED IN COURT OF APPEALS

PLEASE TAKE NOITCE that Petitioner Saifullah Paracha filed on March 10,
2022, the attached "Petition for Habeas Corpus" in the U.S. Court of Appeals for
the D.C. Circuit.

Respectfully submitted,                    March 10, 2022

*Gaillard T. Hunt*

_____
GAILLARD T. HUNT
        Attorney for Petitioner
(D.C. Bar No. 089375)
10705 Tenbrook Drive
Silver Spring, Maryland 20901
(Not admitted in Maryland)
301-530-2807
gthunt@mdo.net
(Fax: 301-564-6059)

I HEREBY CERTIFY that this Notice will be served by email on all counsel appearing in 21-cv-2567 or in 04-cv-02022 on March 10, 2022, by the Court's electronic filing system.

*Gaillard T. Hunt*

_____                    March 10, 2022